1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN RAY BRUMMETT, JR.,

11             Plaintiff,                    No. CIV S-04-1797 GEB JFM P

12        vs.

13   CLAIR TESKE, et al.,

14             Defendants.             ORDER

15   _____/

16             On June 27, 2005, defendants filed a motion to dismiss pursuant to Federal Rule

17   of Civil Procedure 12(b).  Plaintiff has not opposed the motion.

18             Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On January 20, 2005, plaintiff was advised of the

21   requirements for filing an opposition to the motion and that failure to oppose such a motion may

22   be deemed a waiver of opposition to the motion.

23             Local Rule 11-110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed January 20, 2005, plaintiff was advised that

26   /////

1 | failure to comply with the Local Rules may result in a recommendation that the action be

2 | dismissed.

3 |       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4 | date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a

5 | statement of non-opposition.  Failure to comply with this order will result in a recommendation

6 | that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

7 | DATED:  July 27, 2005.

8

9 | _____
UNITED STATES MAGISTRATE JUDGE

10

11 | 12

12 | brum1797.46osc

13

14

15

16

17

18

19

20

21

22

23

24

25

26