IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT, JR.,

    Plaintiff,                    2:04-cv-1797-GEB-JFM-P

    vs.

CLAIR TESKE, et al.,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 11, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 11, 2006 are adopted in full;

2. The June 24, 2005 motion of defendants Teske and Miller to dismiss is denied;

3. The June 27, 2005 motion of defendants Blankenship and Johnson to dismiss is denied;

4. Defendants shall answer plaintiff's amended complaint within ten days from the date of this order.

Dated:  February 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge