IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT JR.,

       Plaintiff,                      No. CIV S-04-1797 GEB JFM P

    vs.

CLAIR TESKE, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants violated his rights under the Eighth Amendment by failing to protect plaintiff from a known risk of serious injury and acting with deliberate indifference to plaintiff's serious medical needs during a period when he was incarcerated at the Shasta County Jail.  Plaintiff also raises a pendent state law negligence claim.

       On February 24, 2006, plaintiff filed a motion for summary judgment.  On March 14, 2006, defendants Blankenship and Johnson filed an opposition to the motion, and on March 22, 2006, defendants Teske and Miller filed an opposition to the motion.  None of the defendants has filed a cross-motion for summary judgment.

       On March 29, 2006, plaintiff filed a request for leave to amend his motion or for denial of said motion without prejudice.  Good cause appearing, plaintiff's motion will be denied

1

1  without prejudice.  The deadline of September 1, 2006 for filing dispositive motions, set in the
2  scheduling order filed March 22, 2006, remains in full force and effect.
3          In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
4  February 24, 2006 motion for summary judgment is denied without prejudice.
5  DATED: May 17, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

12
brum1797.msjden