IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT JR.,

      Plaintiff,                    No. CIV S-04-1797 GEB JFM P

   vs.

CLAIR TESKE, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On February 24, 2006, plaintiff has filed a letter addressed to this court appended to which are discovery documents that plaintiff represents he has sent to defendants and their attorney.  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 24, 2006 letter and the documents appended thereto will be disregarded.  Plaintiff is cautioned that further filing

/////

/////

1

1 of discovery requests or responses, except as required by rule of court, may result in an order of
2 sanctions, including, but not limited to, a recommendation that this action be dismissed.
3 DATED: June 5, 2006.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

12
brum1797.411