IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT JR.,

    Plaintiff,　　　　　　　　No. CIV S-04-1797 GEB JFM P

    vs.

CLAIR TESKE, et al.,

    Defendants.　　　　　　　ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2006, plaintiff filed a document entitled "Request for Reconsideration to File an Amended Brief." Plaintiff seeks reconsideration of this court's December 8, 2006 order in which the court deemed plaintiff's September 27, 2006 opposition timely filed and directed that no further briefing be filed in connection with the September 1, 2006 motion for summary judgment.

        On December 13, 2006, plaintiff filed a second brief in opposition to the motion for summary judgment. On December 19, 2006, defendants filed objections, requesting plaintiff's brief be stricken from the court record pursuant to the court's December 8, 2006 order. In his motion, plaintiff claims his December 13 filing was responsive to the court's November 14, 2006 order granting him an extension of time to file his opposition and his December 13

1

1  filing crossed in the mail with the court's December 8 order.  Plaintiff asks that the court allow
2  his December 13 filing to "amend" his September 27, 2006 filing, without any impact on any
3  other filing by plaintiff.
4      While it is not clear plaintiff intended the December 13 filing to supersede the
5  September 27 filing, court rules provide for the filing of a motion, an opposition and a reply.
6  Fed. R. Civ. P. 56; Local Rule 78-230(m).  Plaintiff is not entitled to file two separate briefs in
7  opposition to defendants' motion.  However, because it appears plaintiff wishes the December 13
8  filing to serve as an amended brief, and his filing crossed in the mail with the court's December 8
9  order, the court will grant plaintiff's request for reconsideration.  The court will consider
10 plaintiff's December 13, 2006 filing as his opposition to the motion for summary judgment and
11 the September 27, 2006 filing will be disregarded.  Defendants will be granted a period of time in
12 which to either stand on their October 5, 2006 reply or file a new reply in response to plaintiff's
13 December 13, 2006 opposition.  Defendants' December 19, 2006 objections are overruled.
14     Included in plaintiff's September 27, 2006 filing was a motion to exclude his
15 deposition testimony based on defendants' alleged failure to provide a signed certification from
16 the court reporter.  However, defendants have provided the certification to the court.
17 Accordingly, plaintiff's motion will be denied.
18     In accordance with the above, IT IS HEREBY ORDERED that:
19     1. Plaintiff's December 21, 2006 motion for reconsideration is granted.
20     2. Plaintiff's December 13, 2006 brief is construed as his opposition to
21 defendants' motion for summary judgment.
22     3. Plaintiff's September 27, 2006 motion to exclude his deposition evidence
23 (Docket No. 79) is denied.  Plaintiff's September 27, 2006 brief will be placed in the file and
24 disregarded.
25     4. Defendants' December 19, 2006 objections are overruled.
26 /////

1    5. Defendants are granted ten days from the date of this order in which to file a
2 reply to plaintiff's December 13, 2006 opposition or, in the alternative, to stand on their October
3 5, 2006 reply. At that time the matter will stand submitted.
4 DATED: February 21, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001; brum1797.rec