IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT JR.,

    Plaintiff,                    No. CIV S-04-1797 GEB JFM P

    vs.

CLAIR TESKE, et al.,

    Defendants.          <u>ORDER</u>

                        /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his rights under the Eighth Amendment by failing to protect plaintiff from a known risk of serious injury and acting with deliberate indifference to plaintiff's serious medical needs during a period when he was incarcerated at the Shasta County Jail. Plaintiff also raises a pendent state law negligence claim.

          In his June 9, 2005 first amended complaint, plaintiff names as defendants Claire Teske, Robert Miller, Loraine Blankenship, Amber Johnson and the Shasta County Jail. Defendants Shasta County, Loraine Blankenship and Amber Johnson filed an answer on March 6, 2006. Defendants Teske and Miller filed an answer on March 9, 2006.

          On February 24, 2006, plaintiff filed a motion for summary judgment. On March 14, 2006, defendants Shasta County, Blankenship and Johnson filed an opposition to the motion, and on March 22, 2006, defendants Teske and Miller filed an opposition to the motion. Plaintiff's motion for summary judgment was denied without prejudice on May 18, 2006.

1    On September 1, 2006, defendants Blankenship and Johnson filed a motion for
2 summary judgment. On March 2, 2007, defendants Blankenship and Johnson filed their reply.
3 Neither of these filings were served on defense counsel for defendants Teske and Miller.
4    In addition, the motion of defendants Blankenship and Johnson does not address
5 defendant Shasta County Jail, despite their contention that the first amended complaint fails to
6 state a claim against this defendant. (See March 6, 2006 Answer, at 10; Fed. R. Civ. P.
7 12(b)(6).)[1]
8    On December 13, 2006, plaintiff filed his opposition. This filing was also not
9 served on defense counsel for defendants Teske and Miller.
10    Rule 5(a) of the Federal Rules of Civil Procedure requires that "copies of all
11 documents submitted to the Court shall be served upon all parties to the action." Id., Local Rule
12 5-135(e).
13    A review of the March 22, 2006 opposition and declarations filed by defendants
14 Teske and Miller suggests that consideration of a motion for summary judgment for all
15 defendants simultaneously may serve the ends of judicial economy. It is unclear from this record
16 whether the failure of the other parties to serve counsel for defendants Teske and Miller with
17 copies of court filings, as required by the federal rules, played a part in these defendants' failure
18 to file such a motion.[2]
19    Good cause appearing, the motion for summary judgment will be denied without
20 prejudice to its renewal. All parties are admonished that any further court filing must be served
21 on plaintiff, counsel for defendants Blankenship, Johnson and Shasta County Jail, and counsel

---

[1] In the initial screening order of the original complaint, the court declined to order service of process on the Shasta County Jail because plaintiff raised claims solely under a theory of respondeat superior. (December 15, 2004 Order at 3.) However, defendants filed an answer on behalf of defendant Shasta County Jail, so the court is precluded from dismissing this defendant *sua sponte*.

[2] Defendants Teske and Miller have been invited to file a motion for summary judgment on at least two prior occasions. (See Orders filed December 8, 2006; November 14, 2006.)

1 for defendants Teske and Miller, and be accompanied by a certificate of service attesting to such
2 service.
3     The dispositive motion deadline will be extended to August 15, 2007.
4     Finally, plaintiff is cautioned that the local rules provide for the filing of a motion,
5 an opposition, and one reply by the moving party. (Local Rule 78-230(m).) Thus, plaintiff may
6 file one opposition to each motion filed by defendants. No reply or rebuttal to the reply is
7 permitted to be filed by the nonmoving party.
8     In accordance with the above, IT IS HEREBY ORDERED that:
9     1. Defendants' September 1, 2006 motion for summary judgment is denied
10 without prejudice.
11     2. The dispositive motion deadline is extended to August 15, 2007. On or before
12 August 15, 2007, all defendants shall file a dispositive motion.
13     3. Any further court filing shall be served on plaintiff, counsel for defendants
14 Blankenship, Johnson and Shasta County Jail, and counsel for defendants Teske and Miller.
15 DATED: June 13, 2007.

UNITED STATES MAGISTRATE JUDGE

001;brum1797.msjd2